# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BOOKER MURRAY, JR.**                                                   PLAINTIFF

v.                              No. 3:20-cv-179-DPM

**DOE**                                                                  DEFENDANT

## ORDER

1. Murray hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 17 August 2020. If he doesn't then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Murray an application to proceed *in forma pauperis*. If the Court grants Murray permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2020