IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOKER MURRAY, JR.                                                  PLAINTIFF

v.                         No. 3:20-cv-179-DPM

DOE                                                                 DEFENDANT

## JUDGMENT

Murray's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2020